# PD-0343-15

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

TENTH COURT OF APPEALS CLERK                                    3-15-15
501 WEST WASHINGTON AVE, RM 415
WACO, TEXAS 76701

RE: JESUS LOVA JR. V. THE STATE OF TEXAS
    COURT OF APPEALS NUMBER 10-14-00042-CR
    TRIAL COURT CASE NUMBER D35132CR

TO WHOM IT MAY CONCERN:

ON MARCH 10, 2015, I RECEIVED NOTICE FROM MY COURT AP-
POINTED APPEAL ATTORNEY, MR. RICKY JONES, VIA CERTIFIED
OVERNIGHT MAIL (RECEIPT # 7011 2970 0002 0472 9683) THAT THE
TENTH COURT OF APPEALS AFFIRMED THE TRIAL COURTS DECISION
IN THE ABOVE MENTIONED CAUSE NUMBER. THE DECISION ISSUED
FEBRUARY 19, 2015.

1. PLEASE BRING THIS "NOTICE" THAT I WISH TO PETITION FOR
DISCREPTIONARY REVIEW IN THE ABOVE CAUSE NUMBER;

2. I AM ALSO REQUESTING THAT THIS HONORABLE COURT FURNISH
ME WITH A COPY OF THE TRIAL TRANSCRIPTS SO THAT I MAY EFFECT-
IVELY PRESENT MY PRO SE PDR BEFORE THE COURT IN ITS MOST
FAVORABLE LIGHT, THEN RETURN THE RECORDS BACK TO THE COURT, OR
IN THE ALTERNATIVE;

3. APPOINT COUNSEL TO ASSIST APPELLANT WITH HIS PDR.

RESPECTFULLY,
Jesus Lova Jr.
JESUS LOVA JR. 1909585
ALLRED UNIT
2101 F.M. 369 N.
IOWA PARK, TEXAS 76367

RECEIVED
MAR 19 2015
COURT OF APPEALS
WACO, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 23 2015
Abel Acosta, Clerk

JESUS LOYD JR. 1809585
JAMES ALLRED UNIT
2101 F.M. 365 N.
IOWA PARK, TX 76369

FOREVER

NORTH TEXAS TX DARM
DALLAS TX 750
17 MAR 2015 PM 1 L

TENTH COURT OF APPEALS, CLERK
501 WEST WASHINGTON AVE. RM. 415
WACO, TEXAS 76701

RECEIVED
MAR 19 2015
COURT OF APPEALS
WACO, TEXAS

76701137315

" LEGAL "